UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * *

Simmons, Inc., a Utah corporation,

Plaintiff,

vs.

ORDER CONTINUING PRETRIAL CONFERENCE

Koronis Parts, Inc.,

Defendant.

Civ. No. 00-1984(ADM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of October, 2000.

* * *

By Order dated September 13, 2000, this matter was set for a Pretrial Conference for October 23, 2000. During the Pretrial Conference, the parties requested that the Pretrial Conference be reset. That request was granted, and a short continuance of the Pretrial Conference will be granted.

THEREFORE, It is --

ORDERED:

1. That the request for a continuance is granted.

FILED OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

2. That the Pretrial Conference is rescheduled for **Monday, November 6, 2000, at 1:15 p.m.**, in Chambers, Room 412, United States Courthouse, 515 West First Street, Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE