UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Simmons, Inc., a Utah corporation,

Plaintiff,

vs. NOTICE OF HEARING

Koronis Parts, Inc.,

Defendant. Civ. No. 00-1984 (ADM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of November, 2000.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(A), the Defendant's Motion to Change Venue to Minneapolis or St. Paul [Docket No. 25] is set for Hearing before the undersigned on **Tuesday, December 12, 2000, at 1:00 p.m.**, in Court Room 2, United States Courthouse, 118 South Mill St., Fergus Falls, Minnesota. The parties' attention is directed to LR7.1(a), Civil Motion Practice.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

NOV 30 2000
DOSAL, CLERK