UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Simmons, Inc., a Utah corporation,

Plaintiff,

vs.

NOTICE OF HEARING

Koronis Parts, Inc.,

Defendant.

Civ. No. 00-1984 (ADM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 16th day of August, 2002.

* * *

The Plaintiff's Motion to Enforce Settlement and the Defendant's Motion to Withdraw as Attorney is reset for Hearing before the undersigned on **Thursday, September 19, 2002, at 8:30 a.m.**, in Court Room 12W, United States Courthouse, Minneapolis, Minnesota.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED AUG 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK