UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SIMMONS, INC.

               Plaintiff,                          ORDER

         v.                             Civil No. 00-1984(ADM/RLE)

KORONIS PARTS, INC.

               Defendant.

---

     Based upon the Report and Recommendation of Untied States Magistrate Judge Raymond

L. Erickson, and after an independent review of the files, records and proceedings herein, IT IS

HEREBY ORDERED THAT:

     1.  The Plaintiff's Motion to Enforce Settlement Agreement (Docket No. 96) is

GRANTED.  The portion of the motion seeking attorney's fees is DENIED.  This matter is

DISMISSED WITH PREJUDICE on the basis of the settlement agreement of the parties.

     2.  The Defendant's Motion to Deny the Plaintiff's Motion to Enforce Settlement

Agreement (Docket No. 101) is DENIED in its entirety.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 7, 2003

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED 3-10-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 3-10-03
DEPUTY CLERK_____